| | |
|---|---|
| 1<br>2<br>3<br>4 | Michael D. McGranahan<br>Trustee in Bankruptcy<br>P.O. Box 5018<br>Modesto, CA 95352<br>Phone: 209-524-1782<br>Email: michaelmcg@pacbell.net |

FILED

09 MAY -5 PM 2:28

CLERK, U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
SACRAMENTO, CA.

# THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# MODESTO DIVISION

In re:

PANTHEON STRUCTURES, INC.

Debtor.

Case No.: 05-91029

DC NO.:

Chapter 7

## TURNOVER OF UNCLAIMED DIVIDEND(S)

TO THE CLERK, U. S. BANKRUPTCY COURT:

1. Please find submitted herewith <u>check(s) 1056, 1057, 1058, 1059, & 1060</u>, representing unclaimed dividend(s) in the above-entitled estate. These sums are being paid over pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3001. The name(s) and address(es) of the claimant(s) entitled to the unclaimed dividend(s) is (are) as follows:

| CLAIM NO: | NAME AND ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 12 | Kristine Surzynski<br>1555 W Middlefield Rd #110<br>Mountain View CA 94043 | $5076.94 | $134.00 |

TURNOVER OF UNCLAIMED DIVIDENDS. . .    1

| CLAIM NO: | NAME AND ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 14 | United Rentals Northwest, Inc.<br>4230 Kiernan Ave #140<br>Modesto, CA 95356 | $621.44 | $16.40 |
| 19 | Psychological Services Ltd<br>17112 S Oak Park Ave<br>Tinley Park IL 60477 | $64860.00 | $1711.86 |
| 23 | Paradox Holdings<br>345 W Canal Unit 1007<br>Chicago IL 60606 | $150118.68 | $3962.10 |
| 16 | Washinton Pacific Inc.<br>PO Box 820846<br>Vancouver WA 98682-0020 | $35410.00 | $934.58 |

The total of unclaimed dividends is $6758.94.

Dated: April 15, 2009

/s/Michael D. McGranahan
Michael D. McGranahan
Trustee in Bankruptcy

TURNOVER OF UNCLAIMED DIVIDENDS. . .    2